### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | NO. CIV-11-0187-HE |
| ) | |
| RODNEY RICHARDS, ET AL., ) | |
| ) | |
| Defendants. ) | |

### JUDGMENT

In accordance with the order entered this date, judgment is entered in favor of plaintiff Robert Williams and against defendant Rodney Richards in the amount of $160,000.00.

**IT IS SO ORDERED**.

Dated this 7th day of September, 2012.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE